DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ISAAC EUGENE ABRAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1889

————————————————

November 12, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Donna Padar, Judge.

Isaac Eugene Abrams, pro se.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.